■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK SAPERO.— Motion to dismiss appeal granted. Under section 517 of the Code of Criminal Procedure no appeal lies to this court from such an order. Motion for leave to appeal as a poor person denied as academic in view of the decision rendered herewith, which dismissed the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

### (November 10, 1964)

■ MERCEDEZ RIVERA, as Guardian ad Litem of DIAZ RIVERA, an Infant, v. RONALD SALZILLO.— Motion to dismiss appeal granted, with $10 costs, unless appellants perfect the appeal for the January 1965 Term. Plaintiffs-appellants' cross motion for leave to prosecute as poor persons is denied without prejudice to renewing their motion on a proper showing of merit and financial conditions. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.